1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   M. ELAINE MECKENSTOCK, State Bar No. 268861
4  DAVID M. MEEKER, State Bar No. 273814
   JONATHAN A. WIENER, State Bar No. 265006
5  Deputy Attorney General
     455 Golden Gate Ave., Suite 11000
6    San Francisco, CA 94102
     Telephone: (415) 510-3549
7    E-mail: Jonathan.Wiener@doj.ca.gov
   *Attorneys for Defendants*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

13  **SPECIALTY EQUIPMENT MARKET**          2:24-cv-02771- TLN-AC
    **ASSOCIATION & PERFORMANCE**
14  **RACING, INC.; NATIONAL TRUCK**        **STIPULATION AND ORDER TO**
    **EQUIPMENT ASSOCIATION,**              **EXTEND BRIEFING SCHEDULE FOR**
15                                          **DEFENDANTS' MOTION TO DISMISS**
                              Plaintiffs,
16                                          Courtroom:   2, 15th Floor
                                            Judge:       Hon. Troy L. Nunley
17         v.                               Trial Date:  Not Set
                                            Action Filed: October 8, 2024
18  **CALIFORNIA AIR RESOURCES**
    **BOARD; STEVEN S. CLIFF, in his official**
19  **capacity; ROBERT A. BONTA, in his**
    **official capacity; and DOES 1 through 25,**
20
                              Defendants.
21

22

23

24

25

26

27

28

                                    1

Under Local Rule 144, Plaintiffs Specialty Equipment Market Association & Performance Racing, Inc. and National Truck Equipment Association (collectively, Plaintiffs) and Defendants California Air Resources Board (CARB), Steven S. Cliff, in his official capacity, and Robert A. Bonta, in his official capacity, (collectively, Defendants) hereby stipulate to extend by 15 days the deadline for Defendants to file a response to Plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1 (Complaint) and to extend by 15 days the briefing schedule for any motion(s) to dismiss Defendants may file, as follows:

1.    Plaintiffs filed the Complaint in this action on October 8, 2024.

2.    Defendants waived service, making their responsive pleadings due December 9, 2024.  ECF No. 4.

3.    The parties previously sought and obtained two extensions of time for Defendants' response to the Complaint and for briefing on Defendants' anticipated motion(s) to dismiss.  By two successive stipulations and orders, the Court has extended the deadline for Defendants to respond to the Complaint to April 1, 2025. ECF No. 15. In the event Defendants moved to dismiss the Complaints, Plaintiffs' opposition(s) would be due May 13, 2025; and Defendants' reply/replies would be due June 10, 2025. *Id.*

4.    Plaintiffs' Complaint targets a regulation adopted by CARB and referred to as Advanced Clean Fleets (ACF).

4.    CARB had requested that the United States Environmental Protection Agency (EPA) waive Clean Air Act preemption for parts of ACF but has since withdrawn that request.

5.    The parties are continuing to discuss the implications of the withdrawn waiver request for this litigation and believe it would be more efficient to continue those conversations than to proceed immediately with Defendants' responses to the Complaint and possible briefing on one or more motions to dismiss.

6.    The parties therefore stipulate that the deadline for Defendants' responsive pleadings be extended to April 16, 2025 to provide the parties with more time for their ongoing discussions.

7. The parties also stipulate that if Defendants file one or more motions to dismiss on or before April 16, 2025, Plaintiffs' opposition(s) will be due May 28, 2025; and Defendants' reply/replies would be due June 25, 2025.

Dated:  March 25, 2025                        Respectfully submitted,

                                              ROB BONTA
                                              Attorney General of California
                                              MYUNG J. PARK
                                              Supervising Deputy Attorney General


                                              */s/ Jonathan A. Wiener*
                                              JONATHAN A. WIENER
                                              Deputy Attorney General
                                              *Attorneys for Defendants*

Dated:  March 25, 2025                        SIDLEY AUSTIN LLP


                                              */s/ Caleb J. Bowers*
                                              Caleb J. Bowers
                                              Attorney for Plaintiffs
                                              SPECIALTY EQUIPMENT MARKET
                                              ASSOCIATION & PERFORMANCE
                                              RACING, INC.; NATIONAL TRUCK
                                              EQUIPMENT ASSOCIATION
                                              (as authorized on March 25, 2025)

3

**ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the time for Defendants California Air Resources Board; Steven S. Cliff, in his official capacity; and Robert A. Bonta, in his official capacity, to respond to Plaintiffs' Complaint, ECF No. 1, is hereby extended from April 1, 2025 to April 16, 2025.  Should Defendants move to dismiss on or before that date, Plaintiffs deadline to oppose any such motion(s) is May 28, 2025; and Defendants deadline to reply is June 25, 2025.

IT IS SO ORDERED.


Dated:  March 25, 2025

_____
Troy L. Nunley
Chief United States District Judge