1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   DAVID M. MEEKER, State Bar No. 273814
4  JONATHAN A. WIENER, State Bar No. 265006
   M. ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorneys General
    1515 Clay Street, 20th Floor
6   Oakland, CA  94612-0550
    Telephone:  (510) 879-0299
7   Fax:  (510) 622-2270
    E-mail:  Elaine.Meckenstock@doj.ca.gov
8  *Attorneys for Defendants*

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13

14  **SPECIALTY EQUIPMENT MARKET**        2:24-cv-02771- TLN-AC
    **ASSOCIATION & PERFORMANCE**
15  **RACING, INC.; NATIONAL TRUCK**      **STIPULATION AND ORDER TO**
    **EQUIPMENT ASSOCIATION,**            **EXTEND BRIEFING SCHEDULE FOR**
16                                         **DEFENDANTS' MOTION TO DISMISS**
                                Plaintiffs,
17                                         Courtroom:   2, 15th Floor
            v.                             Judge:       Hon. Troy L. Nunley
18                                         Trial Date:  Not Set
                                           Action Filed: October 8, 2024
19  **CALIFORNIA AIR RESOURCES**
    **BOARD; STEVEN S. CLIFF, in his official**
20  **capacity; ROBERT A. BONTA, in his**
    **official capacity; and DOES 1 through 25,**
21
                                Defendants.
22

23

24

25

26

27

28

                                    1

1    Under Local Rule 144, Plaintiffs Specialty Equipment Market Association & Performance

2    Racing, Inc. and National Truck Equipment Association (collectively, Plaintiffs) and Defendants

3    California Air Resources Board (CARB), Steven S. Cliff, in his official capacity, and Robert A.

4    Bonta, in his official capacity, (collectively, Defendants) hereby stipulate to extend by 30 days the

5    deadline for Defendants to file a response to Plaintiffs' Complaint for Declaratory and Injunctive

6    Relief, ECF No. 1 (Complaint) and to extend by 30 days the briefing schedule for any motion(s)

7    to dismiss Defendants may file, as follows:

8         1.    Plaintiffs filed the Complaint in this action on October 8, 2024.

9         2.    Defendants waived service, making their responsive pleadings due December 9,

10    2024.  ECF No. 4.

11        3.    The parties previously sought and obtained three extensions of time for Defendants'

12    response to the Complaint and for briefing on Defendants' anticipated motion(s) to dismiss.  By

13    three successive stipulations and orders, the Court has extended the deadline for Defendants to

14    respond to the Complaint to April 16, 2025. ECF No. 12, 15, 17. In the event Defendants moved

15    to dismiss the Complaints, Plaintiffs' opposition(s) would be due May 28, 2025; and Defendants'

16    reply/replies would be due June 25, 2025.  ECF No. 17.

17        4.    Plaintiffs' Complaint targets a regulation adopted by CARB and referred to as

18    Advanced Clean Fleets (ACF).

19        4.    CARB had requested that the United States Environmental Protection Agency (EPA)

20    waive Clean Air Act preemption for parts of ACF but has since withdrawn that request.

21        5.    The parties are continuing to discuss the implications of the withdrawn waiver request

22    and have tentatively reached at least a partial agreement in principle to resolve this litigation.  The

23    parties believe it would be more efficient to continue those conversations and attempt to resolve

24    the remaining details than to proceed with Defendants' responses to the Complaint and possible

25    briefing on one or more motions to dismiss.

26        6.    The parties therefore stipulate that the deadline for Defendants' responsive pleadings

27    be extended to May 16, 2025 to provide the parties with more time for their ongoing discussions.

28

2

7.     The parties also stipulate that if Defendants file one or more motions to dismiss on or before May 16, 2025, Plaintiffs' opposition(s) will be due June 27, 2025; and Defendants' reply/replies would be due July 25, 2025.

Dated:  April 11, 2025                              Respectfully submitted,

                                                    ROB BONTA
                                                    Attorney General of California
                                                    MYUNG J. PARK
                                                    Supervising Deputy Attorney General


                                                    */s/ M. Elaine Meckenstock*
                                                    M. ELAINE MECKENSTOCK
                                                    Deputy Attorney General
                                                    *Attorneys for Defendants*

Dated:  April 11, 2025                              SIDLEY AUSTIN LLP


                                                    */s/ Caleb J. Bowers*
                                                    Caleb J. Bowers
                                                    Attorney for Plaintiffs
                                                    SPECIALTY EQUIPMENT MARKET
                                                    ASSOCIATION & PERFORMANCE
                                                    RACING, INC.; NATIONAL TRUCK
                                                    EQUIPMENT ASSOCIATION
                                                    (as authorized on April 11, 2025)

Stipulation & Order to Extend Briefing Schedule for Defendants' Mot. to Dismiss (2:24-cv-02771)

**ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the time for Defendants California Air Resources Board; Steven S. Cliff, in his official capacity; and Robert A. Bonta, in his official capacity, to respond to Plaintiffs' Complaint, ECF No. 1, is hereby extended from April 16, 2025, to May 16, 2025.  Should Defendants move to dismiss on or before that date, Plaintiffs deadline to oppose any such motion(s) is June 27, 2025; and Defendants deadline to reply is July 25, 2025.

IT IS SO ORDERED.


Dated:  April 11, 2025                          _____
                                                Troy L. Nunley
                                                Chief United States District Judge

Stipulation & Order to Extend Briefing Schedule for Defendants' Mot. to Dismiss (2:24-cv-02771)