ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

Justin A. Savage*
jsavage@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711
*Pro hac vice application forthcoming*

David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Caleb J. Bowers (SBN 332189)
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SPECIALTY EQUIPMENT MARKET ASSOCIATION & PERFORMANCE RACING, INC.; NATIONAL TRUCK EQUIPMENT ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity; ROBERT A. BONTA, in his official capacity; and DOES 1 through 25,**<br><br>Defendants. | 2:24-cv-02771-TLN-AC<br><br>**STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE PENDING OUTCOME OF RULEMAKING**<br><br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: October 8, 2024 |

1

1   Defendants CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official
2   capacity, and ROB BONTA, in his official capacity, and Plaintiffs SPECIALTY EQUIPMENT
3   MARKET ASSOCIATION & PERFORMANCE RACING, INC., and NATIONAL TRUCK
4   EQUIPMENT ASSOCIATION hereby submit this stipulation and request for abeyance.

**RECITALS**

WHEREAS, on August 28, 2023, the California Air Resources Board (CARB) adopted the Advanced Clean Fleets regulation, California Code of Regulations, title 13, Sections 2013 through 2016, to establish requirements, for among other things, drayage truck fleets (Sections 2014 through 2014.3, "Drayage Fleet Requirements") and certain fleets referred to as "High-Priority" fleets (Sections 2015 through 2015.6, "High-Priority Fleet Requirements");

WHEREAS, on November 15, 2023, CARB submitted a request to the U.S. Environmental Protection Agency (EPA) seeking a Clean Air Act preemption waiver for elements of CARB's Advanced Clean Fleets regulation, pursuant to Section 209(b)(1) of the Clean Air Act, 42 U.S.C. § 7543(b)(1);

WHEREAS, on October 8, 2024, Plaintiffs filed their complaint challenging certain requirements of the Advanced Clean Fleets regulation, ECF 1;

WHEREAS, on January 13, 2025, CARB withdrew its waiver request;

WHEREAS, CARB's Executive Officer does not currently intend to resubmit a waiver request to EPA for the High-Priority Fleet Requirements and Drayage Fleet Requirements as adopted on August 28, 2023 and instead intends to direct CARB staff to present a proposal to repeal those provisions for the Board's consideration;

WHEREAS, Plaintiffs and Defendants (collectively, the Parties) have met and conferred to discuss how this case should proceed in light of CARB's withdrawal of its waiver request;

WHEREAS, the Parties have reached an agreement that is anticipated to resolve this litigation but will require time to execute;

**STIPULATION AND REQUEST FOR ABEYANCE**

THEREFORE, IT IS HEREBY STIPULATED among the Parties, through their respective counsel, as follows:

1. In his official capacity, Defendant Cliff agrees that CARB will present a proposal to repeal the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation (California Code of Regulations, title 13, Sections 2015 through 2015.6 (High-Priority); Sections 2014 through 2014.3 (Drayage)) in a public hearing as soon as practicable, and in any case CARB will present such proposal to its Board no later than October 31, 2025. The notice and the Initial Statement of Reasons for that rulemaking action will be published on or before September 1, 2025. If the Board approves the proposed repeal, CARB staff would submit that rulemaking action to California's Office of Administrative Law (OAL) for approval no later than August 31, 2026.

2. Defendants agree that they will not take any enforcement action under the High-Priority Fleet or Drayage Requirements for conduct during the period beginning with the earliest effective date of any of these requirements (November 1, 2023) and ending when CARB or OAL (whichever acts latest) takes final action on the CARB rulemaking described herein. If CARB's Board fails to approve the proposed repeal, Defendants will not take any enforcement action for at least 120 days following such decision to allow the Parties to evaluate—and meet and confer about—next steps in light of the Board's decision.

3. Defendants also agree that CARB will not enforce the part of the Advanced Clean Fleets regulation requiring 100% zero-emission-vehicle sales in the medium- and heavy-duty categories beginning with model year 2036 (Cal. Code Regs., tit. 13, § 2016), until CARB obtains a Clean Air Act preemption waiver from EPA for that regulatory requirement.

4. The Parties agree that the case should be held in abeyance during the CARB rulemaking described herein, to avoid wasting party and judicial resources.

5. Plaintiffs agree that if CARB finalizes, and OAL approves, the repeal of the High-Priority Fleet and Drayage Fleet Requirements from the Advanced Clean Fleets regulation, Plaintiffs will voluntarily dismiss their complaint against all Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) within 15 days of when the repeal becomes effective under state law.

6. In the event the case is voluntarily dismissed, the Parties agree they shall each bear their own costs and attorneys' fees.

7. The Parties agree that if OAL has not approved the subject repeal **by October 15, 2026,** the Parties will submit a joint statement within 30 days advising the Court how the Parties propose to proceed.

Dated: May 14, 2025                                   Respectfully submitted,

                                                                                           ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 14, 2025                                   SIDLEY AUSTIN LLP

*/s/ Caleb J. Bowers*

Caleb J. Bowers
*Attorney for Plaintiffs*
SPECIALTY EQUIPMENT MARKET ASSOCIATION & PERFORMANCE RACING, INC.; NATIONAL TRUCK EQUIPMENT ASSOCIATION
(as authorized on May 14, 2025)

**IT IS SO ORDERED.**

Dated: May 14, 2025
_____
Troy L. Nunley
Chief United States District Judge

4