David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
Caleb J. Bowers (SBN 332189)
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DISTRICT

| | |
|---|---|
| **SPECIALTY EQUIPMENT MARKET ASSOCIATION & PERFORMANCE RACING, INC.; NATIONAL TRUCK EQUIPMENT ASSOCIATION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity; ROBERT A. BONTA, in his official capacity; and DOES 1 through 25,**<br><br>Defendants. | 2:24-cv-02771 TLN-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Courtroom: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br>Trial Date: Not Set<br>Action Filed: October 8, 2024 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Stipulation and Order to Hold Case in Abeyance Pending Outcome of Rulemaking signed by the Parties and entered by this Court on May 14, 2025 (Dkt. 21), Plaintiffs Specialty Equipment Market Association & Performance Racing, Inc., and National Truck Equipment Association hereby

voluntarily dismiss the above captioned case without prejudice.

Date: September 18, 2026

SIDLEY AUSTIN LLP

By: /s/ *Caleb J. Bowers*

Caleb J. Bowers (SBN 332189)
cbowers@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorneys for Plaintiffs
SPECIALTY EQUIPMENT MARKET ASSOCIATION & PERFORMANCE RACING, INC.; NATIONAL TRUCK EQUIPMENT ASSOCIATION